SARAH C. DOUGLASS et al., as Executors of GEORGE L. CORNELL, Deceased, Respondents, *v.* WILLIAM B. HALSTED et al., Appellants.

*Douglass* v. *Halstead,* 11 App. Div. 101, appeal dismissed.
(Argued June 6, 1898; decided June 6, 1898.)

APPEAL from so much of an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 22, 1896, reversing an order of the Special Term adjudging the defendant William B. Halsted guilty of contempt and fining him therefor, as directs that the matter be sent back to the Special Term for a further hearing on the merits, and also from so much of the order as directs that the reversal be without costs and disbursements.

*Frederick W. Sherman* for appellants.

*John H. Clapp* for respondents.

Appeal dismissed on argument, with costs.